| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HEYBURN II, JOHN G | 2. Court or Organization U.S.D.C.KENTUCKY WESTERN | 3. Date of Report 3/14/2007 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) District Court Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2006 to 12/31/2006 |
| 7. Chambers or Office Address 239 U.S. Courthouse Louisville, KY 40202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Charitable Foundation - H |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE 2007 MAR 19 A 11:39 RECEIVED

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/14/2007 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Capital One Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1 (A-H) | (2)<br>Type (e.g. div. rent. or int.) | (1)<br>Value Code 2 (J-P) | (2)<br>Value Method Code 3 (Q-W) | (1)<br>Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month - Day | (3)<br>Value Code 2 (J-P) | (4)<br>Gain Code 1 (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   I.S. Trust | D | Dividend | | | | | | | |
| 2.   F.F.S. Trust | C | Dividend | | | | | | | |
| 3.   HILLIARD LYONS TRUSTEE(IRA) | D | Dividend | N | T | | | | | |
| 4.   Hilliard-Lyon Gov't Fd. | | | | | | | | | |
| 5.   Berkshire Hathaway-B | | | | | | | | | |
| 6.   Chevron | | | | | | | | | |
| 7.   Cincinnati Fin. | | | | | sell al! | 5/24 | K | C | |
| 8.   Compass Bankshares | | | | | buy | 5/24 | J | | |
| 9.   Exxon Mobil | | | | | | | | | |
| 10.   Home Depot | | | | | buy | 5/24 | K | | |
| 11.   MBIA | | | | | sell all | 5/24 | J | C | |
| 12.   Growth Fd. Of America | | | | | | | | | |
| 13.   HILLIARD LYONS TRUSTEE (IRA)-Hilliard-Lyon Gov't Fd. | D | Dividend | N | T | | | | | |
| 14.   12a.  Growth Fd. of America | | | | | | | | | |
| 15.   Invest.Co.of Am. | | | | | | | | | |
| 16.   Smallcap Wld.Fd. | | | | | | | | | |
| 17.   OTHER INVESTMENTS | | | | | | | | | |
| 18.   Hilliard-Lyon Gov't Fd. | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:        A  = $1,000 or less        B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000        E  = $15,001-$50,000
   (See Columns B1 and D4)    F  = $50,001-$100,000    G  = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:                J  = $15,000 or less        K  = $15,001-$50,000        L  = $50,001-$100,000        M  = $100,001-$250,000
   (See Columns C1 and D3)    N  = $250,000-$500,000    O  = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                               P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes          Q = Appraisal        R  = Cost (Real Estate Only)    S  = Assessment        T  = Cash/Market
   (See Column C2)            U  = Book Value        V  = Other        W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. American Int Group | A | Dividend | J | T | Note 1 | 3/26 | J | A | |
| 20. American Tower Corp | A | Dividend | J | T | buy | 12/12 | J | A | |
| 21. Anheuser Busch | A | Dividend | L | T | | | | | |
| 22. BP PLC | A | Dividend | K | T | Note 1 | 3/26 | J | A | |
| 23. Berkshire Hathaway | A | Dividend | L | T | | | | | |
| 24. Bristol Myers Squibb | C | Dividend | L | T | Note 1 | 3/26 | J | A | |
| 25. Brown Forman Inc. | A | Dividend | L | T | gift | 6/14 | J | A | |
| 26. Chevron Corp. | B | Dividend | L | T | | | | | |
| 27. Citigroup Inc. | A | Dividend | | | Note 1 | 3/26 | J | A | |
| 28. | | | | | sold | 5/24 | J | C | |
| 29. Clorox Co. | A | Dividend | L | T | | | | | |
| 30. Coca-Cola | A | Dividend | J | T | gift | 6/14 | J | A | |
| 31. Colgate Palmolive | A | Dividend | K | T | | | | | |
| 32. Compass Bksh Inc. | A | Dividend | K | T | Note 1 | 3/26 | K | C | |
| 33. Computer Services Inc. | A | Dividend | L | T | | | | | |
| 34. Costco | A | Dividend | K | T | buy | 8/30 | K | | |
| 35. Disney Co. | A | Dividend | K | T | | | | | |
| 36. Dominion Res Inc. | A | Dividend | K | T | Note 1 | 3/26 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. | | | | | buy | 5/24 | K | A | |
| 38. Ebay Inc. | A | Dividend | K | T | buy | 5/24 | J | A | |
| 39. Emerson Electric Co. | A | Dividend | J | T | Note 1 | 3/26 | J | A | |
| 40. Exxon Mobil | B | Dividend | M | T | buy | 8/30 | J | | |
| 41. First Marblehead Corp | A | Dividend | J | T | buy | 5/24 | J | | |
| 42. General Electric Co. | B | Dividend | M | T | Note 1 | 3/26 | J | A | |
| 43. | | | | | buy | 5/24 | J | A | |
| 44. | | | | | gift | 6/14 | J | A | |
| 45. GlaxcoSmithKline PLC * (W) | A | Dividend | K | T | | | | | |
| 46. Growth Fd. Of America | A | Dividend | L | T | | | | | |
| 47. Harbor Inter. Fd. | A | Dividend | J | T | Note 1 | 3/26 | J | A | |
| 48. Hilliard Lyons Growth | B | Dividend | K | T | | | | | |
| 49. Home Depot Inc. | A | Dividend | M | T | | | | | |
| 50. Johnson and Johnson | A | Dividend | M | T | | | | | |
| 51. Kimberly-Clark Corp | A | Dividend | K | T | Note 1 | 3/26 | K | A | |
| 52. MBIA Inc. | A | Dividend | L | T | | | | | |
| 53. McGraw-Hill Cos. | A | Dividend | K | T | Note 1 | 3/26 | J | A | |
| 54. Medtronic Inc. | A | Dividend | K | T | Note 1 | 3/26 | K | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Merck and Co. | A | Dividend | K | T | | | | | |
| 56. Microsoft | A | Dividend | M | T | Note 1 | 3/26 | J | A | |
| 57. Moodys | A | Dividend | L | T | | | | | |
| 58. Morgan, J.P. Co. | A | Dividend | J | T | gift | 6/20 | J | A | |
| 59. Omnicom Group Inc. | A | Dividend | | | Note 1 | 3/26 | J | A | |
| 60. Omnicom Group Inc. | | | | | sold | 5/24 | J | A | |
| 61. Oracle | A | Dividend | | | sold | 5/24 | J | | |
| 62. Pitney Bowes Inc. | A | Dividend | | | Note 1 | 3/26 | J | A | |
| 63. | | | | | sold | 5/24 | J | A | |
| 64. Proctor & Gambill | B | Dividend | M | T | | | | | |
| 65. Sara Lee Corp. | A | Dividend | | | sold | 5/24 | K | C | |
| 66. Schlumberger Ltd (W) | A | Dividend | K | T | | | | | |
| 67. Starbucks Corp. | A | Dividend | K | T | | | | | |
| 68. SY Bank Corp. | A | Dividend | J | T | | | | | |
| 69. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 70. Verizon Communications | A | Dividend | | | sold | 5/24 | J | B | |
| 71. Walgreens | A | Dividend | K | T | | | | | |
| 72. Washington Mut. Inc. | A | Dividend | | | sold | 8/30 | J | C | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = ●ther   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Wells Fargo Co. | A | Dividend | J | T | Note 1 | 3/26 | J | A | |
| 74. Wyeth, formerly Amer.Home Prod. | C | Dividend | M | T | Note 1 | 3/26 | J | A | |
| 75. Zebra Tech. | A | Dividend | | | sold | 5/24 | J | C | |
| 76. Zimmer Hldgs | A | Dividend | K | T | | | | | |
| 77. TRUST - ▉▉▉ | D | Dividend | N | T | | | | | |
| 78. Blackrock Fd. | | | | | | | | | |
| 79. Gen.Elect. | | | | | | | | | |
| 80. National City | | | | | | | | | |
| 81. PNC Bank | | | | | sold all | 5/1 | K | C | |
| 82. JP Morgan Co. | | | | | | | | | |
| 83. TRUST (MPS Tr.) - Armanda Money Mkt.Fd. | D | Dividend | N | T | | | | | |
| 84. Ky. Tax Exempt Money Fd | | | | | | | | | |
| 85. American Intl Group | | | | | buy | 3/10 | J | | |
| 86. BP PLC ADR | | | | | | | | | |
| 87. Citigroup Inc. | | | | | | | | | |
| 88. Coca Cola Co | | | | | | | | | |
| 89. Gannett Co. | | | | | | | | | |
| 90. General Electric | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. GlaxoSmithKline PLC | | | | | | | | | |
| 92. Honeywell Intl. | | | | | | | | | |
| 93. Johnson & Johnson | | | | | | | | | |
| 94. Marsh & McLennan | | | | | | | | | |
| 95. McGraw-Hill Co. | | | | | | | | | |
| 96. National City Corp. | | | | | | | | | |
| 97. Nokia Corp. | | | | | | | | | |
| 98. Proctor & Gamble | | | | | | | | | |
| 99. Schlumberger Ltd. | | | | | | | | | |
| 100. Wells Fargo & Co | | | | | buy | 3/10 | J | | |
| 101. CHARITABLE FOUNDATION - ▮▮▮▮ | C | Dividend | K | T | | | | | |
| 102. 79a. Hilliard Lyons Growth | | | | | | | | | |
| 103. ING ReliaStar Ins.Co. Universal Life Policy | | | N | V | | | | | |
| 104. MONY Whole Life | | | K | V | | | | | |
| 105. R.H. BURNHEY INVEST. LLC | | | | | Note 1 | 3/26 | N | A | |
| 106. Dell Inc. | | | | | sold all | 2/1 | J | A | |
| 107. Ky. Tax Ex Mon Mkt Fd | | | | | sold all | 2/1 | J | A | |
| 108. Ky. Tax Ex Fd | | | | | sold all | 2/1 | J | A | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G | 3/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Pepsico Inc. | | | | | sold all | 2/1 | J | A | |
| 110. Pfizer Inc. | | | | | sold all | 2/1 | J | A | |
| 111. Sungard Data Sys. Inc. | | | | | sold all | 2/1 | J | A | |
| 112. Templeton Inst. Fd. | | | | | sold all | 2/1 | J | A | |
| 113. Verizon Communications | | | | | sold all | 2/1 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/14/2007 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Note 1:  R. H. Burnhey Investments LLC (the "Company") was created in 2001.  In last year's report I listed under R. H. Burnhey Investments LLC all the underlying undivided assets of the Company.  On or about March 26, 2006, the Company dissolved and distributed its assets.  The assets reported here are among those distributed to me.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HEYBURN II, JOHN G | 3/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____         Date _____ 3-/2-07 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544